| | |
|---|---|
| 1 | Marilyn Raia, SBN 072320 |
| | BULLIVANT HOUSER BAILEY PC |
| 2 | 601 California Street, Suite 1800 |
| | San Francisco, California 94108 |
| 3 | Telephone: 415 352 2700 |
| | Facsimile: 415 352 2701 |
| 4 | |
| | Attorneys for Plaintiff |
| 5 | Great American Insurance Company of New York |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a corporation, | Case No.: 11 CV 4898 MMC |
| Plaintiff, | **STIPULATION AND (PROPOSED) ORDER** |
| vs. | |
| SHINE EXPRESS, INC., a corporation, | |
| Defendant. | |

The parties stipulate to request a 90-day extension of time to complete the ADR process. The parties have served their disclosures, informally exchanged documents, and are engaging in discovery. They have also had two telephone conferences with appointed neutral Jonathan Schmidt. Because of certain developments in a similar case pending in the Central District of California involving the same type of cargo, the same shipper, the same non-vessel operating common carrier, and the same carrier (but not the same cold storage facility at the point of origin), the parties in this case are not quite ready to engage in a meaningful ADR session. Additional information is being obtained from the receiver of the subject shipment in Korea as well as from counsel for the shipper who is in Southern California and counsel of record in a similar case.

– 1 –

1  To further complicate matters, a Korean attorney who purports to represent the recipient
2  of the subject cargo has contacted plaintiff Great American Insurance Company of New York
3  and has asserted an interest in the matter.
4  Under the circumstances, to allow time for the development of additional information
5  both in the United States and Korea, the parties request a continuance of the time for completion
6  of the ADR process until September 7, 2012
7  The extension of the time for completion of the ADR will not affect the pretrial and trial
8  schedule because the case is set for trial in May 2013.

Respectfully submitted

DATED: June 1, 2012

BULLIVANT HOUSER BAILEY PC


By ___/s/___
   Marilyn Raia

Attorneys for Plaintiff Great American Insurance Company of New York.


DATED: June 1, 2012

ROBERTS & KEHAGIARAS LLP


By ___/s/___
   Theodore H. Adkinson

Attorneys for Defendant Shine Express, Inc.


SO ORDERED:

Dated: June 6, 2012

_____
United States District Judge

13786903.1

-2-