Marilyn Raia, SBN 072320
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415 352 2700
Facsimile: 415 352 2701

Attorneys for Plaintiff
Great American Insurance Company of New York

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SHINE EXPRESS, INC., a corporation,<br><br>Defendant. | Case No.: 11 CV 4898 MMC<br><br>**STIPULATION AND (PROPOSED) ORDER** |

The parties stipulate to request a 90-day extension of time to complete the ADR process. The parties have served their disclosures, informally exchanged documents, and are engaging in discovery. They have also had two telephone conferences with appointed neutral Jonathan Schmidt. Because of certain developments in a similar case pending in the Central District of California involving the same type of cargo, the same shipper, the same non-vessel operating common carrier, and the same carrier (but not the same cold storage facility at the point of origin), the parties in this case are not quite ready to engage in a meaningful ADR session. Additional information is being obtained from the receiver of the subject shipment in Korea as well as from counsel for the shipper who is in Southern California and counsel of record in a similar case.

1    To further complicate matters, a Korean attorney who purports to represent the recipient
2 of the subject cargo has contacted plaintiff Great American Insurance Company of New York
3 and has asserted an interest in the matter.
4    Under the circumstances, to allow time for the development of additional information
5 both in the United States and Korea, the parties request a continuance of the time for completion
6 of the ADR process until September 7, 2012
7    The extension of the time for completion of the ADR will not affect the pretrial and trial
8 schedule because the case is set for trial in May 2013.
9                             Respectfully submitted
10 DATED: June 1, 2012

11                             BULLIVANT HOUSER BAILEY PC

13                             By    /s/
                                   Marilyn Raia

                               Attorneys for Plaintiff Great American Insurance
15                             Company of New York.

16
   DATED: June 1, 2012
17
18                             ROBERTS & KEHAGIARAS LLP

19
20                             By    /s/
                                   Theodore H. Adkinson

21                             Attorneys for Defendant Shine Express, Inc.

22
23 SO ORDERED:

   Dated: June 6, 2012
24                                  _____
                                    United States District Judge
25 13786903.1

—2—