1  Marilyn Raia, SBN 072320
   BULLIVANT HOUSER BAILEY PC
2  601 California Street, Suite 1800
   San Francisco, California 94108
3  Telephone: 415 352 2700
   Facsimile: 415 352 2701
4
   Attorneys for Plaintiff
5  Great American Insurance Company of New York

6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                       SAN FRANCISCO DIVISION
10

11 | GREAT AMERICAN INSURANCE          | Case No.: 11 CV 4898 MMC
   | COMPANY OF NEW YORK, a corporation,|
12 |                                    | STIPULATION RE DISMISSAL AND
   |         Plaintiff,                 | ~~(PROPOSED)~~ ORDER
13 |
   | vs.
14 |
   | SHINE EXPRESS, INC., a corporation,
15 |
   |         Defendant.
16

17     The parties stipulate to the dismissal of this action with prejudice, each party to bear its
18 own costs and attorneys fees.
19 DATED: June 13, 2012
20                                          BULLIVANT HOUSER BAILEY PC
21
22                                          By  /s/ Marilyn Raia
23                                              Marilyn Raia

                                            Attorneys for Plaintiff Great American Insurance
24                                          Company of New York
25
26
27
28

                                         - 1 -
                    STIPULATION RE DISMISSAL AND (PROPOSED) ORDER

1 | DATED: June 14, 2012

ROBERTS AND KEHAGIARAS LLP

By _____
Theodore H. Adkinson

Attorneys for Defendant Shine Express, Inc.

SO ORDERED:

Dated: June 20, 2012

_____
United States District Judge

13796288.1